1  MARC S. HINES (SBN 140065)
   mhines@hinescarder.com
2  MICHELLE L. CARDER (SBN 174481)
   mcarder@hinescarder.com
3  SHANNA E. BURKHOLDER (SBN 277121)
   sburkholder@hinescarder.com
4  **HINES CARDER**
   3090 Bristol Street, Suite 300
5  Costa Mesa, California 92626
   Tel.: (714) 513-1122
6  Fax: (714) 242-9529

7  Attorneys for Defendants,
   NATIONWIDE MUTUAL INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:  CV 14-7326-GW(PLAx)<br>Hon. George H. Wu<br><br>**JUDGMENT OF DISMISSAL BY COURT ORDER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)(6)**<br><br>Hearing:   January 15, 2015<br>Time:      8:30 AM<br>Courtroom: 10 |

    This Court, on January 15, 2015, having granted Defendant Nationwide Mutual Insurance Company's Motion to Dismiss Plaintiff's First Amended Complaint, and having ordered dismissal of Plaintiff's First Amended Complaint with prejudice as requested in said motion,

    Now, therefore,

    **IT IS ORDERED, ADJUDGED AND DECREED** that:

    (1)   Judgment is hereby entered in favor of Defendant, Nationwide Mutual Insurance Company, and against Plaintiff, Continental Casualty Company, as to the First Amended Complaint on file herein in its entirety;

    (2)   This action shall be and hereby is dismissed on the merits; and,

1  (3)  Defendant, Nationwide Mutual Insurance Company, is the prevailing party pursuant to <u>Federal Rules of Civil Procedure</u> Rule 12(b)(6) and shall recover its costs in this action against Plaintiff.

**IT IS SO ORDERED.**

Dated: <u>February 3, 2015</u>

_____
GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

2
JUDGMENT BY COURT ORDER PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 12(b)(6)